UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Sandra Faye Taylor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 2:12-cv-01692-GMN-GWF |
| | ) | |
| Social Security Administration, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge George W. Foley, Jr. (ECF No. 23.)  No objections have been filed, and the deadline to object has passed.  For the reasons discussed below, the Court will accept and adopt in full Judge Foley's Report and Recommendation.

This action was referred to Judge Foley pursuant to 28 U.S.C. § 636(b)(1)(B) and District of Nevada Local Rule IB 1-4.  Judge Foley entered a report of his findings and recommended that this Court enter an order denying Plaintiff's Motion to Remand (ECF No. 19), and granting Defendant's Cross-motion to Affirm (ECF No. 22). (R&R, ECF No. 23.)

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon such a filing, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

In his Report, Judge Foley discussed the underlying facts and issues, and concluded that the decision of the Administrative Law Judge ("ALJ") was supported by

substantial evidence, and that the ALJ articulated sufficiently compelling reasons to reject Plaintiff's testimony.  Judge Foley entered his Report and Recommendation (ECF No. 23) on December 19, 2013, and no party filed an objection.  The Court finds no basis to reject Judge Foley's findings, and will therefore adopt his recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) be **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion to Remand (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that the Cross-motion to Affirm (ECF No. 22) is **GRANTED**.  The Clerk shall enter judgment accordingly.

DATED this 13th day of January, 2014.

_____
Gloria M. Navarro
United States District Judge